that would justify the presentation of charges against them, we think it proper that these papers should be remitted to the Grievance Committee of the Association of the Bar of the City of New York, with the request that they investigate the matters contained in the petition and in the answers of the several respondents, and report their conclusion to this court, and that, if in the opinion of the Association of the Bar facts are developed which would justify charges, they be requested to present them to the court in the form of such formal charges as they may consider proper.

ROTHMAN, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Israel Rothman against Henry Friedman. A. L. Lazarus, of New York City, for appellant. A. Felt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROUALET WINE CO., Respondent, v. HIPSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by the Roualet Wine Company against Frederick Hipsh. No opinion. Order affirmed, with $10 costs and disbursements.

ROWE, Respondent, v. HENDRICKS, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by George E. Rowe against David B. Hendricks. PER CURIAM. Judgment and order reversed, with costs, upon the ground that the plaintiff was guilty of contributory negligence, and complaint dismissed, with costs. BETTS and LYON, JJ., dissent on the ground that there was a question of fact for the jury.

RUSSELL, Respondent, v. ERNEST-NOETH DAIRY LUNCH CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Robert Russell against the Ernest-Noeth Dairy Lunch Company, impleaded with others. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., dissents, upon the ground that the plaintiff, having settled with the owner of the building, cannot recover against the tenant, a joint tort-feasor.

ST. LAWRENCE COUNTY NAT. BANK OF CANTON, Appellant, v. WATKINS, Respondent, et al. (Supreme Court, Appellate Division, Third Department. January 8, 1913.) Action by the St. Lawrence County National Bank of Canton against Mary F. Watkins, impleaded with Frank H. Watkins and Bertrand H. Snell. PER CURIAM. Motion denied. See, also, 138 N. Y. Supp. 116. KELLOGG, J., not sitting.

SALAMANCA VENEER PANEL CO., Respondent, v. LONG FURNITURE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by the Salamanca Veneer Panel Company against the Long Furniture Company. No opinion. Judgment affirmed, with costs.

SALVAGE v. HARTLEY SILK MFG. CO. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Samuel A. Salvage against the Hartley Silk Manufacturing Company. No opinion. Application granted. Settle order on notice. See, also, 138 N. Y. Supp. 800.

SAVARESE, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Andrew Savarese against Mary Gordon. No opinion. Judgment and order unanimously affirmed, with costs.

SCHAPPER, Respondent, v. INGLEE, Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Charlotte Schapper against Lewis Inglee. F. W. Burr, of New York City, for appellant. M. Monfried, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHNEIDER v. GOLDFINGER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Jacob Schneider against Emil Goldfinger. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 139 N. Y. Supp. 1143.

SCHNEIDER et al. v. GOLDFINGER. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Jacob Schneider and others against Emil Goldfinger. No opinion. Motion granted, and time within which case must be on the calendar extended to February 18, 1913. Settle order on notice. See, also, 139 N. Y. Supp. 1143.

SCHWEID et al., Appellants, v. OOTHOUT, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Bernard A. Schweid and another against Christina Oothout. No opinion. Judgment and order affirmed, with costs. See, also, 146 App. Div. 903, 133 N. Y. Supp. 1143.